IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

ANITA P. KING,

   Plaintiff,

    v.

FULTON COUNTY, GEORGIA, et al.,

   Defendants.

CIVIL ACTION FILE
NO. 1:08-CV-3729-TWT

## ORDER

This is an employment discrimination action. It is before the Court on the Report and Recommendation [Doc. 14] of the Magistrate Judge recommending granting in part and denying in part the Motion to Dismiss [Doc. 9] of the Defendants Daniels and Wilson. The Court approves and adopts the Report and Recommendation as the judgment of the Court. The Defendants' Motion to Dismiss [Doc. 9] is GRANTED in part and DENIED in part.

SO ORDERED, this 11 day of May, 2009.

/s/Thomas W. Thrash
THOMAS W. THRASH, JR.
United States District Judge

T:\ORDERS\08\King\r&r.wpd