IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

ANITA P. KING,

   Plaintiff,

    v.

FULTON COUNTY, GEORGIA, et al.,

   Defendants.

CIVIL ACTION FILE
NO. 1:08-CV-3729-TWT

ORDER

This is an employment discrimination action. It is before the Court on the Report and Recommendation [Doc. 59] of the Magistrate Judge recommending granting the Defendant's Motion for Summary Judgment [Doc. 39]. For the reasons set forth in the thorough and well reasoned Report and Recommendation, the Plaintiff failed to show that she suffered an adverse employment action or that she was the victim of sexual harassment. The Court approves and adopts the Report and Recommendation as the judgment of the Court. The Defendant's Motion for Summary Judgment [Doc. 39] is GRANTED.

T:\ORDERS\08\King\r&r2.wpd

SO ORDERED, this 23 day of July, 2010.

/s/Thomas W. Thrash
THOMAS W. THRASH, JR.
United States District Judge